IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

BEN'ANDRE JAVON GOOLSBY

Criminal Action No.
1:20-CR-294-MLB-CCB

**Government's Motion for Detention**

The United States of America, by counsel, Byung J. Pak, United States Attorney, and Theodore S. Hertzberg, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

**1.     Eligibility of Case**

This case is eligible for a detention order because this case involves a felony that is not otherwise a crime of violence but which involves the possession of a firearm, destructive device, or any other dangerous weapon.

**2.     Reason for Detention**

The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

**3.  Time for Detention Hearing**

The United States requests the Court conduct the detention hearing at initial appearance.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: November 6, 2020.

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181
Theodore.Hertzberg@usdoj.gov

Respectfully submitted,

BYUNG J. PAK
United States Attorney

/s/THEODORE S. HERTZBERG
Assistant United States Attorney
Ga. Bar No. 718163

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically sends electronic notification to the parties and counsel of record.

November 6, 2020

/s/ THEODORE S. HERTZBERG
THEODORE S. HERTZBERG
Assistant United States Attorney