# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cr-00294-MLB-CCB
## USA v. Goolsby
## Honorable Michael L. Brown

Minute Sheet for proceedings held In Open Court on 01/11/2021.

TIME COURT COMMENCED: 10:20 A.M.
TIME COURT CONCLUDED: 10:55 A.M.          COURT REPORTER: Jana B. Colter
TIME IN COURT: 00:35                       DEPUTY CLERK: Benjamin Thurman
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Ben'Andre Javon Goolsby Present at proceedings |
| ATTORNEY(S) PRESENT: | Theodore Hertzberg representing USA<br>Melissa McGrane representing Ben'Andre Javon Goolsby |
| PROCEEDING CATEGORY: | Change of Plea; |
| MINUTE TEXT: | Change of Plea hearing held. Defendant pled guilty, pursuant to a plea agreement, to counts 3 and 9 of the indictment and the Court adjudged Defendant guilty. Sentencing memorandum and any other information that a party wants the Court to consider in connection with sentencing of the defendant shall be submitted to the Court and served on opposing counsel five (5) business days before the date set for sentencing. Defendant remains in the custody of the United States Marshals Service. |
| HEARING STATUS: | Hearing Concluded |